UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YSMEL SANTOS-DIAZ,<br><br>  Petitioner,<br><br>v.<br><br>KRISTI NOEM, *et al.*,<br><br>  Respondents. | Case No. 26-cv-00582-BAS-DEB<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS (ECF No. 1)** |

Petitioner Ysmel Santos-Diaz filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.) The Court held a hearing on the Petition. (ECF No. 8.)

For the reasons expressed at the hearing, the Court **GRANTS** the Petition. Specifically, the Court finds Petitioner's detention violates *Zadvydas v. Davis*, 533 U.S. 678 (2001), because there is no reasonable likelihood of removal in the reasonably foreseeable future. Accordingly, the Court issues the following writ:

  The Court **ORDERS** Respondents to immediately release Ysmel Santos-Diaz from custody.

The Court also finds it appropriate to grant permanent injunctive relief as follows:

Respondents are **PROHIBITED** from removing Ysmel Santos-Diaz without providing Petitioner and his counsel with notice of the country Respondents plan to remove him to and an opportunity to be heard. Respondents are ordered to give Petitioner and his counsel said notice at least **ten days** before removal to give them a meaningful opportunity to raise opposition to the third country.

Respondents are **PROHIBITED** from re-detaining Ysmel Santos-Diaz for removal unless Respondents have obtained a travel document to effectuate removal.

The Clerk of Court shall close the case.

**IT IS SO ORDERED.**

**DATED: February 27, 2026**

*[signature]*

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**